IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEPARTMENT OF CHILDREN
AND FAMILIES and
GUARDIAN AD LITEM
PROGRAM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4198

      Appellants,

v.

T.H. & C.H., PATERNAL
GRANDPARENTS OF J.R., A
MINOR CHILD,

      Appellees.

_____/

Opinion filed March 10, 2016.

An appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

Dennis W. Moore, Thomasina Moore, and Wendie Michelle Cooper, Sanford, for
Appellant Guardian Ad Litem Program; Dwight O. Slater, Appellate Counsel,
Tallahassee, for Appellant Department of Children and Families.

No appearance for Appellees.

PER CURIAM.

      We affirm the dependency court's order placing J.R. with Appellees for

adoption pursuant to section 63.082(6), Florida Statutes (2015), because we find no

error in the court's interpretation and application of the statute under the circumstances of this case. Additionally, for what it's worth, we note that many of the policy concerns with the statute articulated by the dependency court at the hearing below (and echoed by Appellants in their briefs) appear to have been addressed by recently-approved legislation. See Fla. CS for CS for CS for SB 590, § 2 (2016) (Enrolled) (substantially amending § 63.082(6), Fla. Stat.).

AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.